# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CANON SOLUTIONS AMERICA, INC., a New York corporation, <br><br> Plaintiff, <br><br> v. <br><br> ARVIN GUNGAP, a citizen of California; SEMA, Inc., a California Corporation, CELL BUSINESS EQUIPMENT, d/b/a CBE and CBE OFFICE SOLUTIONS, a California corporation; and Does 1-25, citizens of California, <br><br> Defendants. | CASE NO.: 8:14-cv-01990 JLS (KESx) <br><br> **JUDGMENT** |

Pursuant to the parties' Stipulation and in light of a settlement between the parties, the Court hereby **ORDERS, ADJUDGES AND DECREES THAT**:

    A.    Judgment is hereby entered in favor of CSA, and against Gungap, in the amount of $96,000.00.

    B.    In the event of any default on Gungap's obligations to make payment under this Final Judgment interest, computed under 28 U.S.C. § 1961, as amended, will

accrue on any outstanding amounts not paid from the date of default to the date of payment, and will immediately become due and payable.

   C. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: December 22, 2016



_____
Honorable Josephine L. Staton
United States District Court

2